IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH E. THOMPSON, | ) | CASE NO: 8:22-cv-391 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF SERVING RESPONSE |
| | ) | TO PLAINTIFF'S REQUEST FOR |
| vs. | ) | PRODUCTION |
| | ) | |
| THE CITY OF OMAHA, a political subdivision of the State of Nebraska; and JOHN DOES 1-9, individuals being sued in their individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Defendant City of Omaha and gives notice that on October 3, 2023, the City Defendant did serve upon the Plaintiff the Defendant's Response to Plaintiff's Request for Production of Documents.

Respectfully submitted this 3rd day of October, 2023.

        THE CITY OF OMAHA AND JOHN DOES 1-9.

        By: s/ Tyler E. Hiipakka
            Tyler H. Hiipakka, No. 25983
            Assistant City Attorney
            Jeffrey Bloom, No. 23379
            Assistant City Attorney
            Omaha/Douglas Civic Center
            1819 Farnam Street, Suite 804
            Omaha, Nebraska 68183
            Telephone: (402) 444-5115
            Fax: (402) 444-5125
            tyler.hiipakka@cityofomaha.org
            jeffrey.bloom@cityofomaha.org
            Attorneys for the listed Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 3rd day of October, 2023, I electronically filed the foregoing **NOTICE OF SERVING THE DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and attorneys of record registered with the court

                                              s/ Tyler E. Hiipakka