IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH E. THOMPSON,<br><br>                Plaintiff,<br><br>  vs.<br><br>CITY OF OMAHA, NEBRASKA, and JOHN DOES 1-9, individuals being sued in their individual capacity,<br><br>                Defendants. | 8:22CV391<br><br>**ORDER ON NOTICE OF DISMISSAL** |

      This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 29. In the Notice, Plaintiff states that he dismisses his cause of action against City of Omaha, Nebraska, and John Does 1-9, without prejudice. Filing 29 at 1. Defendant City of Omaha filed a Response to Notice stating that it does not object to the dismissal of the Complaint without prejudice. Filing 31 at 1. District policy requires a court order on a notice for dismissal after an answer has been filed. Accordingly,

      IT IS ORDERED that Plaintiffs' Notice of Dismissal, Filing 29, is granted and this case is dismissed in its entirety without prejudice.

      Dated this 14th day of December, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge